*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KING, STEPHENS, and GEIS,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Drake A. HURTADO**
Aviation Boatswain's Mate (Aircraft Handling)
Airman Apprentice (E-2), U.S. Navy
Appellant

**No. 201900191**

Decided: 19 March 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Ann K. Minami

Sentence adjudged 6 May 2019 by a general court-martial convened at Naval Base Kitsap, Bremerton, Washington, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: 6 May 2019, confinement for 12 months, reduction to pay grade E-1, and a bad-conduct discharge.

For Appellant:
*Captain Valonne L. Ehrhardt, USMC*

For Appellee:
*Brian K. Keller, Esq.*

—————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

—————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

2